# Schedule of Exhibits: A

*Detailed Schedule of Exhibits:*

## EXHIBITS – A

1. Copy of Redacted Transunion Credit Report Evidencing credit inquiry from T-MOBILE (3 pages); and

**4 pages total including this Schedule of Exhibits**

1/21/2021                          Dispute Categories                    **EXHIBIT - A**

 TransUnion

Review the information below to make sure it's accurate. If you want to dispute an item, select it and follow the prompts. You can add multiple items before you submit your dispute. Questions about your dispute options? See our FAQ.

## 𝐀 Personal Information

If you need to update your SSN or birth date, or add a new name, address or phone number, see our FAQ. Your SSN has been masked for your protection.

**Credit Report Date**
01/21/2021

**Social Security Number**
XXX-XX-7185

**Date of Birth**
09/28/1982

**Name**
NELSON L. BRUCE

### Also Known As

You have no AKAs reported.

### Addresses

**Current Address**                                        **Change Current**
PO BOX 3345 SUMMERVILLE, SC 29484-3345



### Phone Numbers

Dispute Categories                                    **EXHIBIT - A**



## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



Dispute Categories                              EXHIBIT - A

## Name
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### T-MOBILE

| Location | Requested On | Phone |
|---|---|---|
| 12920 SE 38TH ST | 05/18/2020 | (800) 937-8997 |

BELLEVIEW, WA 98006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



# Schedule of Exhibits: B

*Detailed Schedule of Exhibits:*

### EXHIBITS – B

1. Copy of **Notice of Intent to Sue** (1 page); and

2. Copy of Proof of USPS Tracking Evidencing Delivery of Notice of Intent to T-Mobile (1 pages);

**3 pages total including this Schedule of Exhibits**

EXHIBIT - B

From:  Nelson L. Bruce                                    January 21, 2021
       P.O. Box 3345                                      Certified Mail #:  7020 2450 0000 0106 6935
       Summerville, South Carolina [29484]

To:    T-MOBILE
       12920 SE 38TH ST
       BELLEVIEW, WA 98006
       (800) 937-8997

                          **NOTICE OF INTENT TO SUE**

To whom it may concern,

        I recently reviewed my Transunion credit report and noticed that **T-MOBILE** pulled my **Transunion** credit report without **permissible purpose** as I do not have any open accounts with you.  The dates that I have documented this credit pull is on **May 18, 2020**.  Because I do not have any accounts with you, you did not have any right to review my report, no **"Permissible Purpose"** to pull and review my credit and have willfully violated **section 15 U.S.C. § 1681b** of the **Fair Credit Reporting Act (FCRA)** as defined in **section 604 of this act** therefore I am demanding that **T-MOBILE** pays me **$4,000** as settlement for your willful, negligent acts and violations of the law even after being notified that you do not have any permissible purpose in the pending case.

        This is being sent prior to filing a suit, I am willing to give you an opportunity to amicably cure **T-MOBILE'S** violations of the **"Fair Credit Reporting Act (FCRA) section 15 U.S.C. § 1681b (Permissible Purpose)."**  The lawsuit will name **T-MOBILE USA, INC. and or all subsidiaries** as the defendants who has violated this law.  You can check your records for confirmation of the date you pulled and reviewed my Transunion credit as referenced above.

        I am willing to settle these matters amicably without having to file a new lawsuit based on this issue and without you having to spend more money in legal fees as I have all the evidence I need in my possession which is a copy of my Transunion credit report referencing the dates you pulled and reviewed my credit to use as **prima facie** evidence to support my claims in a court of law and I am giving you **10 calendar days** from receipt of this letter to either provide specific valid proof that you had permissible purpose or to take this opportunity to do settle this matter before litigations.  You can make the certified check out to **Nelson Bruce**. If **BANK OF AMERICA** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law for the maximum amount allowed by law and request for discovery to determine any other dates that I may have not discovered that may show that you have pulled my credit without my consent and without having any permissible purpose.

        I can be reached directly at **843-437-7901 (cell)** or via email at **leonbruce81@yahoo.com**.  This cell number and email is not to be called, shared, or used for any other purposes other than to address the matters at hand only!!

Respectfully,

*Nelson L. Bruce*

Nelson L. Bruce

EXHIBIT - B

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

**OFFICIAL USE**

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage  $0.55

Total Postage and Fees  $6.95

Sent To  T-MOBILE

Street and Apt. No., or PO Box No.  12920 SE 38TH ST

City, State, ZIP+4®  BELLEVIEW, WASHINGTON 98006

PS Form 3800, April 2015  See Reverse for Instructions

7020 2450 0000 0106 6935

Postmark Here

01/21/2021

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T-MOBILE
12920 SE 38TH ST
BELLEVIEW, WASHINGTON 98006

9590 9402 6352 0296 9771 47

2. Article Number (Transfer from service label)
7020 2450 0000 0106 6939

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                1-25-2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt