# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | ) Civil Action No. 2:21-CV-00895-BHH-MGB |
| Plaintiff, | ) |
| v. | ) |
| | ) **DEFENDANT'S RESPONSE TO** |
| T-Mobile USA, Inc., et al., | ) **PLAINTIFF'S MOTION TO JOIN** |
| | ) **TRANSUNION, LLC** |
| Defendants. | ) **AS A NECESSARY PARTY** |

Defendant, T-Mobile USA, Inc. ("Defendant" or "T-Mobile"), by and through its undersigned counsel, hereby respectfully responds in opposition to Plaintiff's Motion to Join Transunion, LLC as a Necessary Party, filed on September 15, 2021 ("Motion") (Dkt. Entry No. 35). Defendant requests that the Motion be denied for the reasons set forth in this Response.[1]

Plaintiff's Motion alleges that Transunion, LLC ("Transunion") must be joined in the above-captioned lawsuit as a necessary party under Federal Rule of Civil Procedure 19 because Transunion would have "information material to the merits of this case" and because Transunion has an interest in this case because "they provide access to agencies such as T-Mobile to create a credit inquiry into consumer's credit report and could be liable as well." (Dkt. Entry No. 35 at 1). Plaintiff also alleges, in error, that joinder of Transunion is warranted because Defendant asserted that Transunion's systems are faulty. (*Id.*).

---

[1] Defendant submits only this Response in opposition to Plaintiff's Motion because a full explanation of the Response is contained within and a memorandum would serve no useful purpose.

1

Although Plaintiff has styled his motion as a motion to join an indispensable party pursuant to Rule 19, Plaintiff's motion is more akin to a motion to amend his Complaint to add a new party pursuant to Rule 15.  Under either standard, Plaintiff's motion should be denied because he has not identified the causes of action he seeks to assert against Transunion or otherwise demonstrated any interest Transunion has in this litigation.  *McKiver v. Murphy-Brown, LLC*, 980 F.3d 937, 951 (4th Cir. 2020) (denying plaintiff's motion to join a necessary party where the party did not seek to join the suit and plaintiff did not assert a claim against the party); *Jones v. Lexington Cty. Det. Ctr.*, 586 F. Supp. 2d 444, 446 (D.S.C. 2008) (denying motion to amend filed by *pro se* litigant and recognizing that while a "federal district court is charged with liberally construing a complaint filed by a pro se litigant to allow the development of a potentially meritorious case, . . . the requirement of liberal construction does not mean that this Court can ignore a clear failure in the pleading to allege facts which set forth a claim currently cognizable in a federal district court").

Plaintiff also alleges that Defendant asserted that Transunion's systems were faulty, and, therefore, Transunion must be joined to afford complete relief.  (Dkt. Entry No. 35 at 1).  This representation is incorrect.  Defendant has not pleaded that Transunion's systems are faulty or that Transunion is otherwise liable to Plaintiff.  Defendant simply explained its general understanding of the process by which credit checks are completed.  (Dkt. Entry No. 26, Attachment 2, at 1).  As such, there is no basis to join Transunion based on any statements made by Defendant.

## **CONCLUSION**

Based on the foregoing, Defendant respectfully requests that Plaintiff's Motion be denied in its entirety.

Respectfully submitted,

s/ M. Claire Flowers
M. Claire Flowers (Fed. ID No. 13411)
claire.flowers@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC  29401
Phone:  843.579.5600
Fax:  843.579.5601

ATTORNEYS FOR DEFENDANT
T-MOBILE USA, INC.

September 29, 2021

Charleston, South Carolina

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | ) Civil Action No. 2:21-CV-00895-BHH-MGB |
| Plaintiff, | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| T-Mobile USA, Inc. et al., | ) |
| Defendants. | ) |

I hereby certify that a copy of **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION** has been served upon Plaintiff by mailing a copy of the same to him, postage prepaid, in the United States Mail, to the address as shown below, on the 29th day of September 2021:

**Nelson L. Bruce**
**144 Pavilion Street**
**Summerville, SC 29483**

s/ M. Claire Flowers
M. Claire Flowers (Fed. ID No. 13411)
claire.flowers@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone: 843.579.5600
Fax: 843.579.5601

4