# Schedule of Exhibits: C

*Detailed Schedule of Exhibits:*

### EXHIBITS – C

1. Copy of **Response from T-Mobile evidencing an Emailed to Transunion Dated 3-25-2021** (1 page); and

2. Copy of **Response from T-Mobile Dated 3-30-2021** (1 page); and

3. Copy of **Response from T-Mobile Dated 4-6-2021** (1 page);

**4 pages total including this Schedule of Exhibits**

**From:** Vaughan, Jay
**Sent:** Thursday, March 25, 2021 3:37 PM
**To:** 'eoscarsupt@transunion.com' <eoscarsupt@transunion.com>
**Subject:** Credit Inquiry Removal Request

EXHIBIT - C

To Whom it May Concern,

T-Mobile would like to request that a credit inquiry for Mr. Nelson Bruce, completed on May 18, 2020, be removed from his credit report. I have attached a PDF with the pertinent information (with password to follow), along with a letter from Mr. Bruce requesting this removal. Please let me know if there are any questions or concerns. We appreciate your anticipated cooperation.

Thanks,

Jay Vaughan
Supervisor, Executive Response
Office of the President
Direct 425-689-3500| Jeremiah.Vaughan@T-Mobile.com

**T**·Mobile   **metro** by T·Mobile

T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

P.O. Box 37380 Albuquerque, NM 87176
email@metrobyt-mobile.com | 888-123-0987 | metrobyt-mobile.com

**T Mobile · metro by T Mobile**

EXHIBIT - C

March 30, 2021

**VIA U.S. MAIL**

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484

    Re:    Notice of Intent to Sue

Dear Mr. Bruce:

Metro by T-Mobile is a brand operated under T-Mobile USA, Inc. ("T-Mobile"). As such, T-Mobile provides response on behalf of Metro by T-Mobile. T-Mobile and Metro by T-Mobile may sometimes be referred to herein, collectively, as "T-Mobile".

T-Mobile is in receipt of your inquiry dated January 21, 2021. T-Mobile regrets your concerns regarding a disputed credit inquiry listed on your Transunion credit file on May 18, 2020. Please note, we reviewed our systems and were unable to locate the disputed inquiry. However, we reached out to Transunion and they were able to locate the inquiry. They provided us an address to which T-Mobile could submit a request for the inquiry to be removed. That request was made on March 25, 202, and a copy of that request is included here in the event you need to reach out to Transunion separately.

Please note it may take up to 90 days for your credit report to reflect the update. Respectfully, T-Mobile declines your request for $4.000.00.

Thank you for bringing this matter to our attention. If you have any questions, please do not hesitate to contact me at the address listed below.

Very truly yours,

**T-MOBILE USA, INC.**


Jennifer Fain-Ateman
Executive Response

Enclosure

P.O. Box 37380 Albuquerque, NM 87176
email@metrobyt-mobile.com | 888-123-0987 | metrobyt-mobile.com



EXHIBIT - C

April 6, 2021

**VIA U.S. MAIL**

Nelson L. Bruce
P.O. Box 3345
Summerville, SC 29484

      Re:    **Credit Inquiry**

Dear Mr. Bruce:

Metro by T-Mobile is a brand operated under T-Mobile USA, Inc. ("T-Mobile"). As such, T-Mobile provides response on behalf of Metro by T-Mobile. T-Mobile and Metro by T-Mobile may sometimes be referred to herein, collectively, as "T-Mobile".

T-Mobile regrets your concerns regarding a disputed credit inquiry listed on your Transunion credit file. We reviewed our systems and were unable to locate the disputed inquiry. However, we reached out to Transunion and they were able to locate the inquiry.

We received notification from Transunion on March 30, 2021, advising that the promotional inquiries are typically not removed because they do not affect a consumer's credit score; however, are viewable to the consumer. Transunion advised, the promotional inquiry will not be removed. If you have any additional question regarding the promotional inquiry, you may contact Transunion directly at 1-800-916-8800.

Thank you for bringing this matter to our attention. If you have any questions, please do not hesitate to contact me at the address listed below.

Very truly yours,

**T-MOBILE USA, INC.**

Jennifer Fain-Ateman
Executive Response

P.O. Box 37380 Albuquerque, NM 87176
email@metrobyt-mobile.com | 888-123-0987 | metrobyt-mobile.com