

# K&L GATES

December 7, 2021

M. Claire Flowers
Associate
Claire.Flowers@klgates.com

T +1 919 743 7303
F +1 919 743 7358

**Via ECF**

Hon. Bruce Howe Hendricks, U.S.D.J.
United States District Court for the District of South Carolina
P.O. Box 835
Charleston, SC 29402

**Re:**   Bruce v. T-Mobile USA, Inc.
         Civil Action No. 2:21-CV-00895-BHH-MGB

Dear Judge Hendricks:

We are in receipt of Plaintiff Nelson L. Bruce's ("Plaintiff") Motion to Vacate the Court's August 6, 2021, Order setting aside Plaintiff's Entry of Default in the above-referenced case (the "Motion"). We received Plaintiff's Motion on December 6, 2021. Pursuant to this Court's Order on November 16, 2021, the above-referenced case is stayed pending the resolution of Plaintiff's interlocutory appeal (ECF No. 49). As such, Plaintiff's Motion is improper, and while Defendant T-Mobile USA, Inc. ("T-Mobile") opposes the Motion, T-Mobile will not be filing a formal opposition to the Motion because the stay is in place.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

*s/Claire Flowers*

M. Claire Flowers

cc:   Nelson L. Bruce
      144 Pavilion Street
      Summerville, SC 29483