**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce, | ) Civil Action No. 2:21-CV-00895-BHH-MGB |
| Plaintiff, | ) |
| v. | ) |
| T-Mobile USA, Inc., et al., | ) |
| Defendants. | ) |

**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE**

Pursuant to Local Rule 6.02 of the Federal Rules of Civil Procedure, the undersigned attorney, M. Claire Flowers, hereby requests protection from court appearance for the following dates due to her wedding and personal vacation:

**October 17, 2022 - October 31, 2022**

The protection from court appearance is not being designated for the purpose of delaying, hindering or interfering with the timely disposition of any matter in any pending action or proceeding. There is not an action or proceeding in which the undersigned attorney has entered an appearance which has been scheduled or noticed for trial, hearing, deposition, or other proceeding during the requested period.

Respectfully submitted,

s/ *M. Claire Flowers*
M. Claire Flowers (Fed. ID No. 13411)
claire.flowers@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC  29401
Phone:  843.579.5600
Fax:  843.579.5601

September 26, 2022
Charleston, South Carolina

ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Nelson L. Bruce, ) | Civil Action No. 2:21-CV-00895-BHH-MGB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| T-Mobile USA, Inc. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

I hereby certify that a copy of **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** has been served upon Plaintiff by mailing a copy of the same to him, postage prepaid, in the United States Mail, to the address as shown below, on the 26th day of September 2022:

**Nelson L. Bruce**
**144 Pavilion Street**
**Summerville, SC 29483**

s/ *M. Claire Flowers*
M. Claire Flowers (Fed. ID No. 13411)
claire.flowers@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC  29401
Phone:  843.579.5600
Fax:  843.579.5601

2